Charlotte A. Hassett
1714 Stockton Street, Third Floor, Suite #228
San Francisco, CA 94133
Tele: (310) 430-5058

Petitioner In Pro Se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED SMITHSON, an individual<br><br>      Plaintiff,<br><br>      vs.<br><br>CHARLOTTE HASSETT, ESQ., an individual; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. CV12-01581 R<br><br>***ASSIGNED TO THE HONORABLE MANUEL L. REAL***<br><br>ORDER AND JUDGMENT<br><br><br>Time: February 22, 2016<br>Date: 10:00 a.m.<br>Courtroom: 8 – Second Floor |

## **ORDER AND JUDGMENT**

Having considered documents and arguments in Defendant's Motion to Re-Open Case for an Order for Judgment Pursuant to arbitration Award in Favor of Defendant Charlotte Hassett, the Court rules as follows:

ORDER AND JUDGMENT

1

1.  The case is re-opened and this Court confirms in all respects, as to Arbitration Respondent, Defendant herein, CHARLOTTE HASSETT, ESQ., the Award of the Arbitrator dated January 31, 2014 and finalized on April 30, 2015 after considering Motions to Correct Errata, in the binding arbitration entitled Fred Smithson v. Andrew Troy, an individual; Motion, Sound & Picture LLC, a California limited liability company and Charlotte Hassett, Esq., an individual, Case #72 140 337 12 SM held before the American Arbitration Association, Los Angeles, California.

2.  Enter Judgment in favor of Arbitration Respondent, Defendant herein, CHARLOTTE HASSETT, ESQ., and against Plaintiff FRED SMITHSON, in conformity with the decision of the Arbitrator dated January 31, 2014 and reaffirmed on April 30, 2015 in the binding arbitration entitled Fred Smithson v. Andrew Troy, an individual; Motion, Sound & Picture LLC, a California limited liability company and Charlotte Hassett, Esq., an individual, held before the American Arbitration Association, Los Angeles, California.

///

///

///

///

///

3.  Order Plaintiff FRED SMITHSON to pay Defendant CHARLOTTE HASSETT, ESQ. the sum of $5,784.06, plus interest at the California statutory rate from the date of judgment entered herein, in accordance with decision of the Arbitrator in the binding arbitration entitled Fred Smithson v. Andrew Troy, an individual; Motion, Sound & Picture LLC, a California limited liability company and Charlotte Hassett, Esq., an individual, held before the American Arbitration Association, Los Angeles, California.

/

Dated: March 7, 2016

By: _____
Honorable Manuel L. Real
U.S. District Court for the
Central District of California

ORDER AND JUDGMENT

3